SAM HAGLER v. JACOB HEFFER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE H. WALLACE v. WALLACE MOTOR PRODUCTS CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL GREENBLATT & Co., INC., v. LOUIS BAYER and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL SHAPIRO v. CHARLES KARON.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BLECHMAN REALTY CO., INC., v. PATRICK DEVINE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SANITARY FIRE PROOFING AND CONTRACTING COMPANY, INC., v. FINKEL UMBRELLA FRAME Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RULAND & BENJAMIN, INC., v. J. B. WALLACE Co., INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARION C. POSS v. THE INDEMNITY MUTUAL MARINE ASSURANCE COMPANY, LTD.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SPRUCE & WILLIAM STREET REALTY Co., INC., v. ROYAL INDEMNITY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB MANOWITZ v. SAMUEL MACHOVER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

COTTON STATES HOSIERY MILLS v. ELIAS RABINOWITZ and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AUGUST OPPENHEIMER v. LEO LEWEK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANK R. BUNNELL v. JOSEPH SCHANZ.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDITH DOYLE v. LEON LEVY.— Application denied and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULIAN A. MURRAY v. JOHN E. COUTTS and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANK AMEDO, etc., v. " HELEN " HENSE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.